UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **IMAD SADKA,,** | ) |
| | ) |
| Plaintiff | ) |
| | ) **Case No.: 3:15-cv-01640** |
| v. | ) |
| | ) |
| **MEDICREDIT, INC.,** | ) |
| Defendant | ) |
| | ) |
| | ) |

## NOTICE OF SETTLEMENT

TO THE CLERK:

      NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41(a) within sixty (60) days.

Dated: October 5, 2016   BY: */s/ Angela K. Troccoli*
    Angela K. Troccoli, Esquire
    Kimmel & Silverman, P.C.
    *The New England Office*
    136 Main Street, Suite 301
    Danielson, CT 06239
    Phone: (860) 866-4380
    Facsimile: (860) 263-0919
    Email: atroccoli@creditlaw.com
    Attorney for the Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of October, 2016, a true and correct copy of the foregoing pleading was served via ECF to the below:

Megan D. Meadows, Esq.
Spencer Fane LLP - St. L, MO
1 North Brentwood Blvd., Suite 1000
St. Louis, MO 63105

Ashley Totorica, Esq.
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.- CT
Two Stamford Plaza
281 Tresser Boulevard, Suite 602
Stamford, CT 06901

*/s/ Angela K. Troccoli*
Angela K. Troccoli, Esquire