## UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| IMAD SADKA,           ) | |
|     Plaintiff           ) | |
| ) | |
| v.                              ) | **C. A. No.: 3:15-cv-01640 AWT** |
| ) | |
| MEDICREDIT, INC.,    ) | |
|     Defendant        ) | October 21, 2016 |
| ) | |
| ) | |

### STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and without cost to either party.

*/s/ Megan D. Meadows*  
Megan D. Meadows, Esquire  
Spencer Fane LLP  
1 North Brentwood Blvd., Suite 1000  
St. Louis, MO 63105  
mmeadows@spencerfane.com  

*/s/ Angela K. Troccoli*  
Angela K. Troccoli, Esquire  
Kimmel & Silverman, P.C.  
*The New England Office*  
136 Main Street, Suite 301  
Danielson, CT 06239  
atroccoli@creditlaw.com  

Attorney for Plaintiff

*/s/ Ashley Totorica*  
Ashley Totorica, Esquire  
Ogletree, Deakins, Nash, Smoak & Stewart,  
Two Stamford Plaza  
281 Tresser Boulevard, Suite 602  
Stamford, CT 06901  
ashley.totorica@ogletreedeakins.com  

Attorneys for Defendant

BY THE COURT:

_____  
                                              J.

**CERTIFICATE OF SERVICE**

I hereby certify that on October 21, 2016, the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this document through the court's CM/ECF System.

                                        */s/ Angela K. Troccoli*
                                        Angela K. Troccoli, Esquire